# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0178. TONY MOORE, JR. v. THE STATE.**

Tony Moore, Jr. has filed an application for discretionary appeal from the superior court's order denying his "Motion to Grant Parole Under House Bill 328." In the motion, Moore sought to have the superior court compel the Board of Pardons and Paroles to apply House Bill 328 and grant him parole. Moore's motion is in substance a petition in the nature of mandamus. The Supreme Court of Georgia has exclusive appellate jurisdiction of all cases involving extraordinary remedies, including mandamus. Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); see *Settle v. McWhorter*, 203 Ga. 93 (1) (45 SE2d 210) (1947). This case is therefore TRANSFERRED to the Supreme Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/04/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*